UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON GOMEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE GREAT AMERICAN PLUMBING COMPANY, INC., et al.,<br><br>    Defendants. | Case No.  5:15-cv-02465-EJD<br><br>**ORDER TO SHOW CAUSE** |

On November 2, 2015, the court issued an order permitting Plaintiffs to file a Second Amended Complaint and required Plaintiffs to file the amended pleading as a separate docket item forthwith.  To date, Plaintiffs have not complied with the order to file the Second Amended Complaint.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiff does not, by **May 6, 2016**, file or cause to be filed the Second Amended Complaint as a separate docket entry or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated:  May 3, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-02465-EJD
ORDER TO SHOW CAUSE

1