UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON GOMEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE GREAT AMERICAN PLUMBING COMPANY, INC., et al.,<br><br>　　　　　Defendants. | Case No.  5:15-cv-02465-EJD<br><br>**ORDER DISCHARING ORDER TO SHOW CAUSE** |

Because Plaintiffs have since complied with its requirements, the Order to Show Cause issued on May 3, 2016 (Dkt. No. 37), is DISCHARGED.

**IT IS SO ORDERED.**

Dated:  May 10, 2016



EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-02465-EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE

1